**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALONZO TARELL JONES, | No. 4:25-CV-01936 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN J. FRITH, | |
| Respondent. | |

## <u>ORDER</u>

**AND NOW**, this 15th day of April 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Alonzo Tarell Jones' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge